**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**


<u>United States of America</u>

  v.         Criminal No. 06-cr-035-01-SM

<u>Brandon Legere</u>


**<u>O R D E R</u>**


  Defendant's motion for bail is denied.  His mother's deteriorating economic position is not a basis for bail.  He was selling and using large quantities of crack before his arrest – not supporting his mother.  The unpaid bills were each in part unpaid when defendant lived with his mother.  He is facing a long prison term, has an extensive criminal record and is an addict. He remains a danger to the community.

  **SO ORDERED.**


        _James R. Muirhead_____
        James R. Muirhead
        United States Magistrate Judge

Date: May 8, 2006

cc: Paul W. Pappas, Esq.
   William E. Morse, Esq.
   Jeffrey S. Levin, Esq.